ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                  )
                                              )
Rizzani de Eccher (USA), Inc.                 )        ASBCA No. 60944
                                              )
Under Contract No. W912ER-10-C-0026           )

APPEARANCES FOR THE APPELLANT:        Jeffrey G. Gilmore, Esq.
                                      Daniel R. Miktus, Esq.
                                      John M. Neary, Esq.
                                        Ackerman LLP
                                        Washington, DC

APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Pietro O. Mistretta, Esq.
                                      Nancy L. Pell, Esq.
                                      James D. Stephens, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineers District, Middle East
                                        Winchester, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 2, 2019

_____
LIS B. YOUNG
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60944, Appeal of Rizzani de Eccher (USA), Inc., rendered in conformance with the Board's Charter.

Dated:

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals